**UNITED STATES BANKRUPTCY COURT**  
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: ) | | **Motion and Notice** |
| ) | | **Chapter 13** |
| HAWKINS, MELINDA MARTIN   xxx-xx-9965 ) | | |
| 509 N FIFTH STREET ) | | No:   15-11135   C-13G |
| MEBANE, NC 27302 ) | | |
| ) | | |
| Debtor ) | | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed January 12, 2016. The current plan payment is $485.00 per month. A review of the plan indicates a substantial unanticipated change in income based on a change in employment by the Debtor such that the Debtor's plan payment should be increased. The review of the plan indicates an increase in net monthly income by more than $850.00 per month using the lowest average income of the Debtor. The Trustee recommends that an Order be entered modifying the plan with plan payment to increase to $800.00 per month effective March 2018.

Date:   January 23, 2018                                                                                       s/Anita Jo Kinlaw Troxler  
AJKT:lac                                                                                                                 Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  February 26, 2018   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*  
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on  March 20, 2018  at 2:00 p.m., in the following location:

*Courtroom #1*  
*Second Floor*  
*101 S. Edgeworth Street*  
*Greensboro, NC 27401*

Date:   **January 26, 2018**                                                                                    OFFICE OF THE CLERK  
                                                                                                                                      U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
15-11135 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

MELINDA MARTIN HAWKINS
509 N FIFTH STREET
MEBANE, NC 27302

DANIEL L HAWKINS ESQ
P O BOX 1379
GRAHAM, NC 27253